# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Michael Hammer |
| v. | : Mag. No. 18-7091 |
| CHANGA DAVIS | : **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, U.S. Attorney for the District of New Jersey (by Jamel Semper, Assistant United States Attorney), and defendant Changa Davis (by Candace Hom, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through November 12, 2018, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and no prior continuances having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties seek additional time to engage in plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___ day of September, 2018;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through November 12, 2018; and it is further

2

ORDERED that the period from the date this Order is signed through November 12, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE MICHAEL HAMMER
United States Magistrate Judge

Form and entry consented to:

Candace Hom, Esq.
Counsel for Changa Davis

Jamel Semper
Assistant United States Attorney

3